# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBRA ANN ROBICHAUX AND
ELIZABETH SAMUEL HOFFMAN

VERSUS

BAKER PILE DRIVING & SITE
WORK, LLC, ST. TAMMANY
PARISH, GRAY INSURANCE
COMPANY OF LOUISIANA,
VOLKERT, INC., ABC INSURANCE
COMPANY, TERRACON, INC AND
XYZ INSURANCE COMPANY

NO.   2025 CW 0974

FEBRUARY 4, 2026

---

In Re:   Debra Ann Robichaux and Elizabeth Samuel Hoffman, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2020-11431.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DISMISSED.** Pursuant to correspondence from relators' counsel advising that the parties in this matter have reached a settlement and this case is now closed, the writ is dismissed.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1]  **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.